**Eldon BUGG, Appellant, Pro Se,**

v.

**MOBERLY CORRECTIONAL CENTER, et al., Respondent.**

**No. WD 59007.**

Missouri Court of Appeals, Western District.

July 10, 2001.

Rehearing Denied Aug. 28, 2001.

 

Maria Campbell, Jefferson City, MO, Attorney for Respondent Eldon K.

Eldon Bugg, Columbia, MO, pro se.

Before ELLIS, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### *ORDER*

PER CURIAM.

Appellant filed a Rule 74.06 motion to correct a judgment. The trial court granted all the relief the appellant prayed for. When appellant is granted the relief prayed for, the appellate court may not reverse the judgment. Rule 84.16(b).